# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-3565

Ellen Jane Kutten, individually and on behalf of her daughters,

Mary Ann Arnold, on behalf of themselves and all others similarly situated and Elsie Mahler Scharff, on behalf of themselves and all others similarly situated,

Appellants

v.

Bank of America, N.A. and Bank of America Corporation,

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:06-cv-00937-UNA)
_____

**MANDATE**

In accordance with the opinion and judgment of June 16, 2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 10, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit