**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**FILED**
NOV 20 2008
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the
(202) 479-30

November 17, 2008

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:  Mary Ann Arnold, et al.
          v. Bank of America, N.A., et al.
          No. 08-333
          (Your No. 07-3565)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                                    Sincerely,

                                    William K. Suter

                                  **William K. Suter**, Clerk

**RECEIVED**
NOV 20 2008
U.S. COURT OF APPEALS
EIGHTH CIRCUIT